# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IN RE: ROBERT R. MORISHITA,  )
ATTORNEY AT LAW, BAR NO. 6752.  )
) Case No.: 2:18-ms-00019
)
) **ORDER OF DISBARMENT**
)
)
)
)

    Attorney Robert R. Morishita, Nevada Bar No. 6752, was disbarred by the Nevada Supreme Court pursuant to the Order of Disbarment filed March 9, 2018.  The Order to Show Cause provided Mr. Morishita with thirty (30) days to respond with reasons why he should not be disbarred from the practice of law in this Court.  No response has been received from Mr. Morishita.  Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

    Accordingly, **IT IS ORDERED** that Robert R. Morishita, Nevada Bar No. 6752 is **DISBARRED** from practicing before this Court pursuant to Local Rule IA 11-7(f)(1).

    **DATED** this 26 day of November 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this <u>28th</u> day of November 2018, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Robert R. Morishita
    Morishita Law Firm, LLC
    4955 S. Durango Drive, Suite 153
    Las Vegas, NV 89113

    Certified Mail No.:   7017 3380 0000 4606 0832

<u>/s/ Michael Zadina</u>
Deputy Clerk
United States District Court,
District of Nevada